UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00161-FDW-SCR

| | |
|---|---|
| MANISHABEN J. PATEL, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Commissioner's Consent Motion for Remand, (Doc. No. 7). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

**IT IS THEREFORE ORDERED** that the Commissioner's Motion for Remand, (Doc. No. 7), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Signed: July 8, 2024

Frank D. Whitney
United States District Judge